UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES JERROD SPIKES                                         CIVIL ACTION

VERSUS                                                      NUMBER: 15-3774

LEIGH ANN WALL, ET AL.                                      SECTION: "N"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 12, 2015, December 15, 2015 and December 31, 2015, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, to the extent that it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claims against all Defendants other than Karen Carite Jenkins are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claim against Karen Carite Jenkins is stayed, reserving to Plaintiff the right to move to re-open this case within 30 days of the finality of his state court criminal proceedings.

New Orleans, Louisiana, this 19th day of February 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE